George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff, Jacqueline L.

U.S. DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Jacqueline L., | Civil Action No.: 3:20-cv-00418-MK |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), that an attorney fee be paid to plaintiff's counsel in the amount of $20,300.00, out of plaintiff's past due benefits pursuant to Section 206(b)(1) of the Social Security Act, 42 USC 406(b)(1).

Credit is taken for EAJA fees paid in the amount of $6,125.35, so that the net amount due plaintiff's counsel per this order is $14,174.65.  Such fees shall be paid to counsel's address on file with the Commissioner. Any remaining funds may be released to the claimant.

DATED: 8/9/2022

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge